UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD STARBIRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1050 CDP |
| ) | |
| MERCY HEALTH PLANS, ) | |
| INC., et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a telephone status conference on **Friday, January 16, 2009 at 11:00 a.m.** Plaintiffs' counsel shall initiate the call and have all counsel on the line before contacting my chambers at 314-244-7520.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of January, 2009.