UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD STARBIRD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:07CV1050 CDP |
| MERCY HEALTH PLANS, INC., et al., | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that, **no later than June 24, 2009**, the parties shall file any proposed Orders for the Court's consideration regarding the final fairness hearing set for June 26, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2009.