UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD STARBIRD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1050 CDP |
| | ) | |
| MERCY HEALTH PLANS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having been notified by the mediator that this action is settled,

**IT IS HEREBY ORDERED** that, **no later than September 18, 2009**, the

parties shall file any motions and proposed Orders for the Court's consideration

regarding the final disposition of this matter.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2009.